UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                  CASE NO: 2:13-cr-90-FtM-38CM

LUIS SIFUENTES-BOTELLO
_____

**ORDER**[1]

This matter comes before the Court upon consideration of the Magistrate Judge Douglas N. Frazier's Report and Recommendations (Doc. #54) filed on December 17, 2013, recommending Defendant's Motion to Suppress (Doc. #30) be denied.[2] Defendant filed an objection to the Report and Recommendation (Doc. #60) on January 17, 2014. For the reasons set forth below, the objection will be overruled.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); United States v. Powell, 628 F.3d 1254, 1256 (11th Cir. 2010). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); see also United States v. Farias-Gonzalez,

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.
[2] This case was reassigned to Magistrate Judge Carol Mirando on January 28, 2014, pursuant to Doc. #61 and 2:14-mc-1-FtM-29.

556 F.3d 1181, 1184 n. 1 (11th Cir. 2009). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994). A district court may not reject the credibility determination of a magistrate judge without personally rehearing disputed testimony from the witness. Powell, 628 F.3d at 1256-58.

Defendant asserts that the initial stop of Defendant's vehicle was illegal and that all evidence developed thereafter should be suppressed. In addition, Defendant asserts his statements should be suppressed because his statements were in violation of his *Miranda* rights. Further, in his Supplemental Memorandum in Support of Defendant's Motion to Suppress (Doc. #50) filed on December 6, 2013, Defendant, for the first time, argues the consent he gave the police to search his vehicle was not freely given. The Report and Recommendation addresses and rejects these arguments.

After an independent review of the motion to suppress (Doc. #30), the Government's response (Doc. #35), the transcript (Doc. #48), the supplemental memorandum provided by the Government (Doc. #47), the supplemental memorandum provided by Defendant (Doc. #50), the Magistrate Judge's Report and Recommendation (Doc. #54), and Defendant's objection (Doc. #60), the Court fully agrees with the findings of facts and conclusions of law made by the Magistrate Judge. Therefore, the Court will adopt the Report and Recommendation, and will deny the motion to suppress.

Accordingly, it is now

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. #54) is **ACCEPTED and ADOPTED**, and it is specifically incorporated into this Opinion and Order.

2. Defendant's Motion to Suppress (Doc. #30) is **DENIED**.

3. Defendant's Objection (Doc. #60) is **OVERRULED**.

**DONE AND ORDERED** at Fort Myers, Florida, this January 30th, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record